Clerk
United States District Court
141 Church Street
New Haven, CT 06510

**FILED**

Dear Clerk:

2004 OCT 29 A 10: 24

U.S. DISTRICT COURT
NEW HAVEN, CT

Pursuant to Rule 83.2(h) of the Local Rules of Civil Procedure for the District of Connecticut, I hereby resign from the bar of the United States District Court for this District of Connecticut and hereby certify that I waive the privilege of applying for readmission to the bar of this Court at any future time.

WITNESS                                Respectfully submitted,

_____                _____
ROBERT J NICOLA                        LAWRENCE DALAKER

STATE OF                :
                        :
COUNTY OF               :

On this 26 day of October 2004, before me, ROBERT J NICOLA the undersigned officer, personally appeared Lawrence Dalaker known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained as his/her free act and deed.

    IN WITNESS WHEREOF, I have hereunto set my hand.

                        _____
                        ~~Notary Public~~ Comm. of Superior Court
                        ~~My commission expires~~

N.B. Rule 83.2(h) of the Local Rules provides as follows:

Any attorney may resign from the bar of this Court by submitting a resignation, in writing, properly witnessed and acknowledged to be the attorney's free act and deed, to the Clerk of this Court, which shall be effective upon filing. However, such resignation shall not affect any disciplinary proceedings pursuant to this Rule 83.2, unless the attorney's resignation certifies that the attorney waives the privilege of applying for readmission to the bar at any future time, in which case disciplinary proceedings shall be terminated.

EXHIBIT
B
3:02 gp20 JBA